UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THE UNITED STATES OF AMERICA,

    -v-

CHARLES DARNEY,

    Defendant.

-------------------------------------------------------x

No. 13 Civ. 7508 (LTS)

No. 11 Crim. 913 (LTS)
         971

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2013

## ORDER

WHEREAS the above captioned defendant has filed a motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, the Court will hold a hearing concerning the re-sentencing of the defendant on Friday, October 25, 2013, at 10:15 a.m.

SO ORDERED.

Dated: New York, New York
October 24, 2013

LAURA TAYLOR SWAIN
United States District Judge